# FIELDS LAW FIRM

GLORIA LAM
ATTORNEY*
DIRECT 612-383-1110
1-888-847-8517 EXT. 110
GLORIA@FIELDSLAW.COM
*Licensed in NJ and NY only

ANGELA STURM
PARALEGAL
DIRECT 612-206-3471
1-888-847-8517 EXT. 471
ANGELA@FIELDSLAW.COM

May 26, 2022

The Honorable Judge Christine P. O'Hearn
United States District Court
District of New Jersey
Mitchell H. Cohen Courthouse, 4th & Cooper Streets
Camden, NJ 08101

*VIA ECF*

RE:  Tuel, et al. v. Experian Information Solutions, Inc., et al.
     Court File No. 1:21-cv-19437

Dear Judge O'Hearn:

Please be advised that Plaintiffs Pamela and Ronald Tuel and Defendant Ocwen Loan Servicing LLC d/b/a PHH Mortgage Services, have settled the claims between these two parties subject to the signing of a settlement agreement and release and expect to file a Stipulation for Dismissal within 45-60 days. Defendants Experian Information Solutions, Inc. and Trans Union LLC still remain, and Plaintiffs have not settled the claims with these Defendants.

Respectfully Submitted,

*/s/ Gloria C. Lam*

Gloria C. Lam
GCL/as
Attorney

cc: All Counsel (via ECF)