**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

| | |
|---|---|
| Pamela Tuel and Ronald Tuel,<br><br>Plaintiffs,<br><br>vs.<br><br>Experian Information Solutions, Inc., et al.,<br><br>Defendants. | CIVIL FILE NO.: 1:21-cv-19437-CPO-SAK<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

**ORDER**

Based on the STIPULATION OF DISMISSAL WITH PREJUDICE filed by the parties herein, this Court hereby orders that the Complaint against the Defendant Ocwen Loan Servicing LLC d/b/a PHH Mortgage Services shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to either Plaintiffs or Defendant Ocwen Loan Servicing LLC d/b/a PHH Mortgage Services.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: 9/1/22

_Christine A. O'Hearn_
JUDGE, United States District Court