**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

| | |
|---|---|
| Pamela Tuel and Ronald Tuel,<br><br>Plaintiffs,<br><br>vs.<br><br>Experian Information Solutions, Inc., et al.,<br><br>Defendants. | CIVIL FILE NO.: 1:21-cv-19437-CPO-SAK<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

**ORDER**

Based on the STIPULATION OF DISMISSAL WITH PREJUDICE filed by the parties herein, this Court hereby orders that the Complaint against the Defendant Experian Information Solutions, Inc. shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to either Plaintiffs or Defendant Experian Information Solutions, Inc.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: 9/1/22          _Christine A. O'Hearn_
                        JUDGE, United States District Court