# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| Pamela Tuel and Ronald Tuel,<br><br>    Plaintiffs,<br>vs.<br><br>Experian Information Solutions, Inc., et al,<br><br>    Defendants. | Case No. 1:21-cv-19437-CPO-SAK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO TRANS UNION LLC** |

    IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs and Defendant, Trans Union LLC, by and through their undersigned attorneys, that all claims by Plaintiffs against Defendant Trans Union LLC, shall be dismissed with prejudice, on its merits and in its entirety and without an award of costs, disbursements or attorneys' fees to either Plaintiffs or Defendant.

Dated: 9/9/2022

                                     **Fields Law Firm**

                                     */s/ Gloria C. Lam*
                                     **GLORIA C. LAM**
                                     Reg. No. 286962018
                                     **FIELDS LAW FIRM**
                                     9999 Wayzata Blvd
                                     Minnetonka, MN 55305
                                     Tel: (612) 206-3489
                                     Fax: (612) 370-4256
                                     FCRA-NJ@fieldslaw.com

                                     *Counsel for Plaintiff*

1

2

Dated: 9/9/2022                                        **Schuckit & Associates, P.C.**

*/S/ Jared D. Brown*
Jared D. Brown
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: (317) 363-2400, Ext. 114
Fax: (317) 363-2257
E-mail:  jbrown@schuckitlaw.com

***ATTORNEY FOR DEFENDANT
TRANS UNION LLC***

2